**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Priscilla Pettway <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-18361 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Select Portfolio as Servicer for The Bank of New York Mellon, as Trustee for the Bear Stearns Asset Backed Securities Trust 2003-1, Asset-Backed Certificates, Series 2003-1, and index same on the master mailing list.

     Respectfully submitted,

**/s/Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734