United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-18361-jkf
Priscilla Pettway                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Marie              Page 1 of 1              Date Rcvd: Jan 13, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
db             +Priscilla Pettway,   540 Walnut Lane,   Philadelphia, PA 19128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    The Bank of New York Mellon, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2003-1, Asset-Backed Certificates, Series 2003-1
               bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              RAYMOND M. KEMPINSKI     on behalf of Debtor Priscilla  Pettway ray@colemankempinski.com,
               ray@colemankempinski.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| PRISCILLA PETTWAY | : | |
| Debtor | : | Bankruptcy No.  16-18361 JKF |

### ORDER

AND NOW, upon consideration of Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. 362(c)(3)(b) (the "Motion"), and there being no opposition to the Motion,

It is hereby ORDERED that:

1. The Motion is GRANTED.

2. That the Automatic Stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. 362(d) and Fed. R. Bankr. P. 4001(a).

**Date: January 13, 2017**

Dated: _____, 2017

_____
United States Bankruptcy Judge

U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

William C. Miller
P.O. Box 40119
Philadelphia, PA 19106-0119

Priscilla Pettway
540 E. Walnut Lane
Philadelphia, PA 19144

Raymond Kempinski
1700 Market Street
Suite 1005
Philadelphia, PA 19103