United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 16-18361-jkf
Priscilla Pettway                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Denine              Page 1 of 1              Date Rcvd: Feb 23, 2017
                               Form ID: pdf900           Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
```
db          +Priscilla Pettway,    540 Walnut Lane,    Philadelphia, PA 19128
13831961    +Brown & Joseph Ltd,    1701 Golf Road,    Rolling Meadows, IL 60008-4247
13831962    +Central Financial Control,    Po Box 66044,    Anaheim, CA 92816-6044
13831963    +Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
13831964    +Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
13831965    +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike   Ste 113e,
              Syosset, NY 11791-4401
13831967    +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
13831968    +Us Dept Ed,    Po Box 1030,    Coraopolis, PA 15108-6030
13831969    +Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
13831970    +Wells Fargo Dealer Services,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Feb 24 2017 01:49:28    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2017 01:49:04
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 24 2017 01:49:22    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13837363     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 24 2017 01:45:46
              American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK  73124-8848
13831966    +E-mail/Text: bknotice@erccollections.com Feb 24 2017 01:49:14    ERC/Enhanced Recovery Corp,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
```
          BRIAN CRAIG NICHOLAS     on behalf of Creditor   The Bank of New York Mellon, as Trustee for the
           Bear Stearns Asset Backed Securities Trust 2003-1, Asset-Backed Certificates, Series 2003-1
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          RAYMOND M. KEMPINSKI     on behalf of Debtor Priscilla  Pettway ray@colemankempinski.com,
           ray@colemankempinski.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 4
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PRISCILLA PETTWAY                              Chapter 13

                    Debtor          Bankruptcy No. 16-18361-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___23___ day of ___February___, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
RAYMOND M KEMPINSKI
COLEMAN & KEMPINSKI
1700 MARKET ST, SUITE 1005
PHILADELPHIA, PA 19103-

Debtor:
PRISCILLA PETTWAY

540 Walnut Lane

Philadelphia, PA 19144