UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :         Chapter 13
PRISCILLA PETTWAY                               :
    Debtor                                  :         Bankruptcy No.  16-18361 JKF

NOTICE OF MOTION,
RESPONSE DEADLINE AND HEARING DATE

    Debtor Priscilla Pettway, by and through her attorney, Raymond Kempinski, has filed a Motion to Vacate Dismissal and Reinstate Case.

    **Your rights may be affected.** **You should read theses papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult an attorney.**

    1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 28, 2017 you or your attorney must do all of the following:

    (a)   file an answer explaining your position at:

Clerk's Office, U.S. Bankruptcy Court
Robert N.C. Nix Building
900 Market Street
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)   mail a copy to the movant's attorney:

Raymond Kempinski
1700 Market Street
Suite 1005
Philadelphia, PA 19103

    2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.   A hearing on the motion is scheduled to be held before the Honorable Jean FitzSimon, on the 30th day March at 11:00 am, in Courtroom No. 3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107.

    4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney name in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: March 3, 2017