United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Priscilla Pettway  
    Debtor

Case No. 16-18361-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Joan     Page 1 of 1     Date Rcvd: Mar 07, 2017  
                    Form ID: 167     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2017.

```
db          +Priscilla Pettway,    540 Walnut Lane,    Philadelphia, PA 19128
13831961    +Brown & Joseph Ltd,    1701 Golf Road,    Rolling Meadows, IL 60008-4247
13831962    +Central Financial Control,    Po Box 66044,    Anaheim, CA 92816-6044
13831963    +Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
13831964    +Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
13831965    +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike   Ste 113e,
              Syosset, NY 11791-4401
13831967    +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
13831968    +Us Dept Ed,    Po Box 1030,    Coraopolis, PA 15108-6030
13831969    +Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
13831970    +Wells Fargo Dealer Services,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13837363     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 08 2017 02:50:57
              American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
              Oklahoma City, OK  73124-8848
13831966    +E-mail/Text: bknotice@erccollections.com Mar 08 2017 02:55:22       ERC/Enhanced Recovery Corp,
              8014 Bayberry Rd,   Jacksonville, FL 32256-7412
                                                                                             TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    The Bank of New York Mellon, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2003-1, Asset-Backed Certificates, Series 2003-1
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Priscilla  Pettway ray@colemankempinski.com,
               ray@colemankempinski.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Priscilla Pettway
    Debtor(s)

Case No: 16–18361–jkf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE; HEARING TIME ONLY***

Motion to Reinstate Case Filed by Priscilla Pettway Represented by RAYMOND M. KEMPINSKI (Counsel).

on: 3/30/17

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/7/17

Timothy B. McGrath
Clerk of Court

32 – 30
Form 167