# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **PRISCILLA PETTWAY** | : | |
| Debtor | : | Bankruptcy No.  16-18361 JKF |

## PRAECIPE TO WITHDRAW MOTION TO REINSTATE

To the Clerk of the Court:

Kindly withdraw Debtor's Motion to Reinstate Case, number thirty (30) on the Court Docket.

Dated:  March 30, 2017
/s/ Raymond M. Kempinski
Raymond M. Kempinski
Attorney I.D. No. 93839
1700 Market Street
Suite 1005
Philadelphia, PA 19103
Phone 267.519.0295
Email ray@colemankempinski.com
Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 7 |
| **MUHAMMAD ISLAM** | : | |
| Debtor | : | BANKRUPTCY NO.: 12-18017 BIF |
| | : | |
| | : | |

**CERTIFICATION OF SERVICE**

    I, Raymond M. Kempinski, counsel for Debtors, do hereby certify that, on the date hereof, I caused to be served, by ECF or first class United States mail, postage prepaid, a true and correct copy of the Praecipe to Withdraw Debtor's Response to Motion for Relief filed by Wells Fargo, NA upon counsel for Movant, and the Standing Trustee, at the addresses below:

William C. Miller
PO Box 40119
Philadelphia, PA 19106

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

STERN & EISENBERG PC
261 Old York Road
Suite 410
Jenkintown, PA 19046

                                                                                      COLEMAN & KEMPINSKI P.C.

Dated: June 26, 2013                                /s/ Raymond M. Kempinski
                                                                                       Raymond M. Kempinski
                                                                                       Attorney I.D. No.93839
                                                                                       217 W. Girard Avenue
                                                                                       Philadelphia, PA  19123
                                                                                       267.519.0295